KEVIN G. McCURDY (SBN 115083)
MEREDITH G. PARKS (SBN 253354)
McCURDY FULLER RUETTGERS LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
E-mail: meredith.parks@mccurdylawyers.com

Attorneys for Defendant
SAFECO INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MICHAL<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | CASE NO. 3:14-cv-00637<br><br>**STIPULATION AND [PROPOSED ORDER] TO CONTINUE ADR LOCAL RULE 6 MEDIATION DEADLINE [ADR LOCAL RULE 6-5]**<br><br>Judge: Hon. Maxine M. Chesney<br><br>Complaint filed on November 6, 2013 |

On May 9, 2014 the Court signed and entered an order on the parties' stipulation selecting an ADR process. (Docket No. 20.) As a result, the deadline for completion of ADR is August 7, 2014. On June 6, 2014, the Notice of Appointment of Mediator was entered appointing Michael G.W. Lee as mediator in this matter. (Docket No. 23.)

On July 10, 2014, counsel for the parties to this action participated in a telephone conference with mediator Lee. During the conference, the parties agreed that more time is needed to prepare for a meaningful mediation and the mediation deadline should be continued. In particular, the schedules of the parties, counsel and mediator are such that the parties are unable to find a mutually available mediation date prior to the August 7, 2014 deadline. In addition, more time is needed for the parties to complete an initial round of written discovery in advance of the

53513                                                            - 1 -
STIPULATION AND [PROPOSED ORDER] TO CONTINUE ADR LOCAL RULE 6 MEDIATION DEADLINE

mediation. The mediator has no objection to the parties' request to continue the mediation deadline.

      Accordingly, the parties to this action, plaintiff Scott Michal and defendant Safeco Insurance Company of America, by and through their respective counsel of record, hereby agree and stipulate as follows:

      The deadline for the parties to conduct ADR Local Rule 6 mediation may be continued from August 7, 2014 to October 10, 2014.

      IT IS SO STIPULATED.

Dated: July ___, 2014         HANSON LAW GROUP

                                                     CHRISTOPHER J. HOGAN
                                                     Attorneys for Plaintiff
                                                     SCOTT MICHAL

Dated: July 15, 2014          McCURDY FULLER RUETTGERS LLP

                                                     */s/ Kevin G. McCurdy*
                                                     KEVIN G. McCURDY
                                                     Attorneys for Defendant
                                                     SAFECO INSURANCE COMPANY OF AMERICA

~~[PROPOSED] ORDER~~

~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~

~~The deadline for the parties in this matter to conduct ADR Local Rule 6 mediation is continued from August 7, 2014 to October 10, 2014.~~

~~Dated: July ___, 2014~~

                                                     ~~Honorable Maxine M. Chesney~~

mediation. The mediator has no objection to the parties' request to continue the mediation deadline.

Accordingly, the parties to this action, plaintiff Scott Michal and defendant Safeco Insurance Company of America, by and through their respective counsel of record, hereby agree and stipulate as follows:

The deadline for the parties to conduct ADR Local Rule 6 mediation may be continued from August 7, 2014 to October 10, 2014.

IT IS SO STIPULATED.

Dated: July 11, 2014                HANSON LAW GROUP

                                    CHRISTOPHER J. HOGAN
                                    Attorneys for Plaintiff
                                    SCOTT MICHAL

Dated: July ___, 2014               McCURDY FULLER RUETTGERS LLP


                                    KEVIN G. McCURDY
                                    Attorneys for Defendant
                                    SAFECO INSURANCE COMPANY OF
                                    AMERICA

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The deadline for the parties in this matter to conduct ADR Local Rule 6 mediation is continued from August 7, 2014 to October 10, 2014.

Dated: July 17, 2014

                                    Honorable Maxine M. Chesney