KEVIN G. McCURDY (SBN 115083)
MEREDITH G. PARKS (SBN 253354)
McCURDY FULLER RUETTGERS LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
E-mail: meredith.parks@mccurdylawyers.com

Attorneys for Defendant
SAFECO INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SCOTT MICHAL, | CASE NO. 3:14-cv-00637 |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE ADR LOCAL RULE 6 MEDIATION DEADLINE |
| v. | [ADR Local Rule 6-5] |
| SAFECO INSURANCE COMPANY OF AMERICA, and DOES 1 through 10, inclusive, | Hon. Maxine M. Chesney |
| Defendants. | Complaint Filed: November 6, 2013 |

On May 9, 2014 the Court signed and entered an order on the parties' stipulation selecting an ADR process. (Docket No. 20.) On June 6, 2014, the Notice of Appointment of Mediator was entered appointing Michael G.W. Lee as mediator in this matter. (Docket No. 23.) On July 17, 2014, the parties stipulated to continue to the deadline to conduct ADR Local Rule 6 mediation to October 10, 2014 due to scheduling and discovery issues. (Docket No. 25.) The Court granted the extension the same day. *Id.*

The parties attended a telephonic conference call with Mr. Lee on August 27, 2014. During the call, the parties agreed to schedule mediation for October 7, 2014.

On September 9, 2014, plaintiff's counsel e-mailed counsel for Safeco Insurance Company of America ("Safeco") to advise that plaintiff had re-opened his bankruptcy case in order to list the boat that is the subject of the present case. Plaintiff advised that given the situation, there would be a delay in the case.

53232                                           - 1 -
Stipulation and [Proposed] Order To Continue ADR Deadline

1  On September 17, 2014, Mr. Lee requested confirmation from all parties that the October 7
2  mediation was going forward. Counsel for Safeco informed Mr. Lee by e-mail on September 23,
3  2014 that it was unclear whether mediation could proceed as scheduled because plaintiff's counsel
4  had advised that plaintiff's bankruptcy case had been re-opened. Mr. Lee then e-mailed all parties
5  and informed them that the Court should be advised of the issues regarding the bankruptcy
6  proceeding and the upcoming mediation. Alice Fiel ("Fiel"), Case Administrator at the ADR Unit
7  was copied on this e-mail. The following day, Ms. Fiel e-mailed all parties and Mr. Lee and
8  advised that a stipulation and order extending the ADR Deadline should be filed.
9  Accordingly, the parties to this action, plaintiff Scott Michal and defendant Safeco
10 Insurance Company of America, by and through their respective counsel of record, hereby agree
11 and stipulate as follows:
12 The deadline for the parties to conduct ADR Local Rule 6 mediation may be continued
13 from October 10, 2014 to December 10, 2014.
14 IT IS SO STIPULATED.

16 Dated: September 24, 2014         HANSON LAW GROUP

18                                   CHRISTOPHER J. HOGAN
19                                   Attorneys for Plaintiff
                                     SCOTT MICHAL

21 Dated: September 24, 2014         McCURDY FULLER RUETTGERS LLP

23                                   */s/ Kevin G. McCurdy*
                                     KEVIN G. McCURDY
24                                   Attorneys for Defendant
                                     SAFECO INSURANCE COMPANY OF
25                                   AMERICA

27 [PROPOSED] ORDER

53232                                  - 2 -
Stipulation and [Proposed] Order To Continue ADR Deadline

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The deadline for the parties in this matter to conduct ADR Local Rule 6 mediation is continued from October 10, 2014 to December 10, 2014.

Dated: September 29, 2014



Honorable Maxine M. Chesney

McCURDY FULLER RUETTGERS LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

53232

- 3 -

Stipulation and [Proposed] Order To Continue ADR Deadline