1  KEVIN G. McCURDY (SBN 115083)
   MEREDITH G. PARKS (SBN 253354)
2  McCURDY FULLER RUETTGERS LLP
   4300 Bohannon Drive, Suite 240
3  Menlo Park, CA 94025
   Telephone:  (650) 618-3500
4  Facsimile:   (650) 618-3599
   E-mail: kevin.mccurdy@mccurdylawyers.com
5  E-mail: meredith.parks@mccurdylawyers.com

6  Attorneys for Defendant
   SAFECO INSURANCE COMPANY OF AMERICA
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | SCOTT MICHAL | CASE NO. 3:14-cv-00637
11 |      Plaintiff, | **STIPULATED MOTION TO CONTINUE PRE-TRIAL AND ADR DATES AND ORDER THEREON**
12 | v. |
13 | SAFECO INSURANCE COMPANY OF AMERICA, and DOES 1 through 10, inclusive, | Hon. Maxine M. Chesney
14 |  |
15 |      Defendants. | Complaint Filed: November 6, 2013

16

17       Pursuant to Fed. R. Civ. Pro. 16(a)(4), Plaintiff Scott Michal ("plaintiff") and defendant

18 Safeco Insurance Company of America ("Safeco") hereby jointly move this Court for an order

19 modifying the Pre-Trial Preparation Order to extend the pre-trial dates.  Plaintiff and Safeco also

20 move this Court for an order extending the ADR Local Rule 6 mediation deadline.  The grounds

21 for this stipulated motion are as follows:

22       1.    Pursuant to the Court's Pre-Trial Preparation Order, filed May 19, 2014, various

23 deadlines and events were set in this matter.  (Docket No. 22.)  These dates include the following:

24       December 1, 2014:    Non-Expert Discovery Cutoff

25       December 22, 2014:   Designation of Experts

26       January 9, 2015:     Designation of Rebuttal Experts

27       January 30, 2015:    Expert Discovery Cutoff

28       January 30, 2015:    Further Status Conference

1   February 13, 2015:   Dispositive Motions Filing Deadline

2   March 30, 2015:   Meet and Confer Deadline

3   May 5, 2015:   Final Pre-Trial Conference

4   May 18, 2015:   Jury Trial

5   2.   On September 9, 2014, the Court entered an order extending the ADR Local Rule 6 Mediation deadline to December 10, 2014.  (Docket No. 27.)

7   3.   On October 27, 2014, plaintiff Scott Michal filed a notice of re-opened bankruptcy and automatic stay. (Docket No. 28.)  The claimed basis for the stay is that the asset at issue in this action, a boat, is under the jurisdiction of the bankruptcy trustee. (*Id.*)  Plaintiff's re-opened bankruptcy case is case no. 2013-21021-D-7, U.S. Bankruptcy Court, Eastern District of California.  (*Id.*)

11   4.   The bankruptcy trustee, Tom Aceituno, has advised that plaintiff's re-opened bankruptcy case will close no earlier than the end of November.  Given plaintiff's re-opened bankruptcy filing and the automatic stay of this case, the parties are not able to comply with the pre-trial and ADR dates as currently scheduled.

15   5.   Safeco and plaintiff jointly bring this motion to modify the Pre-Trial Preparation Order and extend all pre-trial dates pursuant to Fed. R. Civ. Pro. 16(b)(4).  Safeco and plaintiff also jointly bring this motion to modify the ADR Local Rule 6 mediation deadline pursuant to ADR Local Rule 6-5.  There is good cause for such an extension because the current schedule cannot reasonably be met in light of plaintiff's re-opened bankruptcy and the automatic stay of this case.

WHEREFORE, Safeco and plaintiff now respectfully move this Court for an order modifying the Pre-Trial Preparation Order to extend all pre-trial dates out by at least 60 days, and to extend the ADR Local Rule 6 mediation deadline by at least 60 days.

Dated:  October 31, 2014                     HANSON LAW GROUP

*/s/Christopher J. Hogan*
CHRISTOPHER J. HOGAN
Attorneys for Plaintiff

54588

- 2 -

**Stipulated Motion To Continue Pre-Trial and ADR Dates**

McCURDY FULLER RUETTGERS LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA  94025
(650) 618-3500

SCOTT MICHAL

Dated: October 31, 2014                    McCURDY FULLER RUETTGERS LLP

*/s/ Kevin G. McCurdy*
KEVIN G. McCURDY
Attorneys for Defendant
SAFECO INSURANCE COMPANY OF AMERICA

[PROPOSED] ORDER

PURSUANT TO THE STIPULATED MOTION, IT IS SO ORDERED. is hereby DENIED without prejudice.  Under the proposed schedule, the dispositive motion hearing would be held on April 22, 2011, four days after the inception of the trial.  Moreover, the Court is not satisfied that the statute on which the parties rely is applicable to the above-titled action, which is brought by, not against, the debtor.  See, e.g., 11 U.S.C. § 362(a)(1) (providing for automatic stay of "action or proceeding against the debtor"); see also Aiello v. Providian Financial Corp., 239 F.3d 876 (7th Cir. 2001) ("The 'automatic stay' is a statutory injunction against efforts outside of bankruptcy to collect debts from a debtor who is under the protection of the bankruptcy court.").  Further, assuming the claim raised here belongs to the bankruptcy estate, the trustee should decide whether, and how, the estate wishes to pursue it.

Dated: November 5, 2014                    _____
                                           Honorable Maxine M. Chesney

54588

**Stipulated Motion To Continue Pre-Trial and ADR Dates**