KEVIN G. McCURDY (SBN 115083)
MEREDITH G. PARKS (SBN 253354)
McCURDY FULLER RUETTGERS LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
E-mail: meredith.parks@mccurdylawyers.com

Attorneys for Defendant
SAFECO INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MICHAL<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:14-cv-00637<br><br>**AMENDED STIPULATED MOTION TO CONTINUE PRE-TRIAL, TRIAL AND ADR DATES**; ORDER THEREON<br><br>Hon. Maxine M. Chesney<br><br>Complaint Filed: November 6, 2013 |

Pursuant to Fed. R. Civ. Pro. 16(a)(4), plaintiff Scott Michal and defendant Safeco Insurance Company of America ("Safeco") hereby jointly move this Court for an order modifying the Pre-Trial Preparation Order to extend the pre-trial and trial dates. Plaintiff and Safeco also move this Court for an order extending the ADR Local Rule 6 mediation deadline.

Plaintiff and Safeco submit this amended motion in order to respond to the concerns raised by the Court in its November 5, 2014 order (Docket No. 30) denying without prejudice the previously filed Stipulated Motion to Continue Pre-Trial and ADR Dates (Docket No. 29). The Court denied the earlier Stipulated Motion to Continue Pre-Trial and ADR Dates on the following grounds: (1) that under the proposed schedule, the dispositive motion hearing would be held four days after the inception of trial; (2) the Court was not satisfied that 11 U.S.C. § 362(a)(1) was applicable to this action; and (3) that, assuming the claim raised belongs to the bankruptcy estate, the trustee should decide whether, and how, the estate wishes to pursue the claim.

54659                                   - 1 -
Stipulated Motion To Continue Pre-Trial, Trial and ADR Dates

1  Plaintiff and Safeco now respond to the Court's concerns by clarifying that they also seek
2  to continue the trial date, clarifying the bankruptcy statute applicable to this action, and by adding
3  the trustee as a real-party in interest to this motion. The grounds for this amended stipulated
4  motion are as follows:

5  1. Pursuant to the Court's Pre-Trial Preparation Order, filed May 19, 2014, various
6  deadlines and events were set in this matter. (Docket No. 22.) These dates include the following:

7  December 1, 2014:   Non-Expert Discovery Cutoff
8  December 22, 2014:  Designation of Experts
9  January 9, 2015:    Designation of Rebuttal Experts
10 January 30, 2015:   Expert Discovery Cutoff
11 January 30, 2015:   Further Status Conference
12 February 13, 2015:  Dispositive Motions Filing Deadline
13 March 30, 2015:     Meet and Confer Deadline
14 May 5, 2015:        Final Pre-Trial Conference
15 May 18, 2015:       Jury Trial

16  2. On September 9, 2014, the Court entered an order extending the ADR Local Rule 6
17 Mediation deadline to December 10, 2014. (Docket No. 27.)

18  3. On October 27, 2014, plaintiff Scott Michal filed a notice of re-opened bankruptcy and
19 automatic stay. (Docket No. 28.) The basis for the stay is that the asset at issue in this action, a boat,
20 is under the jurisdiction of the bankruptcy trustee. (*Id.*) Plaintiff's re-opened bankruptcy case is case
21 no. 2013-21021-D-7, U.S. Bankruptcy Court, Eastern District of California. (*Id.*)

22  4. The bankruptcy trustee, Tom Aceituno ("Trustee"), has informed the parties that this
23 action should be stayed pursuant to 11 U.S.C. § 362(a)(3) ("any act to obtain possession of property of
24 the estate or of property from the estate or to exercise control over property of the estate").

25  5. The Trustee has determined that the cause of action may be abandoned back to the
26 debtor pursuant to 11 U.S.C. § 554(c) upon closure of the case, which should occur at the end of
27 November. Therefore the Trustee, as the real-party in interest, now joins in the request to continue the
28 pre-trial, trial and ADR dates.

54659                                  - 2 -
**Stipulated Motion To Continue Pre-Trial, Trial and ADR Dates**

6. Safeco, plaintiff and the Trustee jointly bring this motion to modify the Pre-Trial Preparation Order and extend all pre-trial and trial dates pursuant to Fed. R. Civ. Pro. 16(b)(4). They also jointly bring this motion to modify the ADR Local Rule 6 mediation deadline pursuant to ADR Local Rule 6-5. There is good cause for such an extension because the current schedule cannot reasonably be met in light of plaintiff's re-opened bankruptcy case.

WHEREFORE, Safeco, plaintiff and the Trustee now respectfully move this Court for an order modifying the Pre-Trial Preparation Order to extend all pre-trial and trial dates by at least 60 days, and to extend the ADR Local Rule 6 mediation deadline out by at least 60 days.

Dated: November 12, 2014

HANSON LAW GROUP

_____
CHRISTOPHER J. HOGAN
Attorneys for Plaintiff
SCOTT MICHAL

Dated: November 13, 2014

McCURDY FULLER RUETTGERS LLP

_____
KEVIN G. McCURDY
Attorneys for Defendant
SAFECO INSURANCE COMPANY OF AMERICA

Dated: November 12, 2014

TRUSTEE, CASE NO. 2013-21021-D-7,
U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF CALIFORNIA

_____
Real-Party in Interest

54659

- 3 -

**Stipulated Motion To Continue Pre-Trial, Trial and ADR Dates**

McCURDY FULLER RUETTGERS LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

6. Safeco, plaintiff and the Trustee jointly bring this motion to modify the Pre-Trial Preparation Order and extend all pre-trial and trial dates pursuant to Fed. R. Civ. Pro. 16(b)(4). They also jointly bring this motion to modify the ADR Local Rule 6 mediation deadline pursuant to ADR Local Rule 6-5. There is good cause for such an extension because the current schedule cannot reasonably be met in light of plaintiff's re-opened bankruptcy case.

WHEREFORE, Safeco, plaintiff and the Trustee now respectfully move this Court for an order modifying the Pre-Trial Preparation Order to extend all pre-trial and trial dates by at least 60 days, and to extend the ADR Local Rule 6 mediation deadline out by at least 60 days.

Dated: November 12, 2014

HANSON LAW GROUP

_____
CHRISTOPHER J. HOGAN
Attorneys for Plaintiff
SCOTT MICHAL

Dated: November 12, 2014

McCURDY FULLER RUETTGERS LLP

_____
KEVIN G. McCURDY
Attorneys for Defendant
SAFECO INSURANCE COMPANY OF AMERICA

Dated: November 12, 2014

TRUSTEE, CASE NO. 2013-21021-D-7,
U.S. BANKRUPTCY COURT, EASTERN DISTRICT OF CALIFORNIA

_____
Real-Party in Interest

54659

- 3 -

6. Safeco, plaintiff and the Trustee jointly bring this motion to modify the Pre-Trial Preparation Order and extend all pre-trial and trial dates pursuant to Fed. R. Civ. Pro. 16(b)(4). They also jointly bring this motion to modify the ADR Local Rule 6 mediation deadline pursuant to ADR Local Rule 6-5. There is good cause for such an extension because the current schedule cannot reasonably be met in light of plaintiff's re-opened bankruptcy case.

WHEREFORE, Safeco, plaintiff and the Trustee now respectfully move this Court for an order modifying the Pre-Trial Preparation Order to extend all pre-trial and trial dates by at least 60 days, and to extend the ADR Local Rule 6 mediation deadline out by at least 60 days.

Dated: November 12, 2014    HANSON LAW GROUP

_____
CHRISTOPHER J. HOGAN
Attorneys for Plaintiff
SCOTT MICHAL

Dated: November 12, 2014    McCURDY FULLER RUETTGERS LLP

_____
KEVIN G. McCURDY
Attorneys for Defendant
SAFECO INSURANCE COMPANY OF AMERICA

Dated: November 13, 2014    TRUSTEE, CASE NO. 2013-21021-D-7,
U.S. BANKRUPTCY COURT, EASTERN
DISTRICT OF CALIFORNIA

_____
Real-Party in Interest
Thomas A. Aceituno

54659    - 3 -
Stipulated Motion To Continue Pre-Trial, Trial and ADR Dates

1  [PROPOSED] ORDER
2  AND GOOD CAUSE APPEARING PURSUANT TO THE STIPULATED MOTION, IT IS SO ORDERED.
3
4  The ~~All~~ pre-trial dates and the ADR deadline ~~will be extended out at least 60 days.~~ are modified
5  as follows:

6      January 26, 2015:    Non-Expert Discovery Cutoff
7      February 11, 2015:    ADR deadline
8      February 17, 2015:    Designation of Experts
9      March 6, 2015:    Designation of Rebuttal Experts
10     March 27, 2015:    Expert Discovery Cutoff
11     March 27, 2015:    Further Status Conference
12     April 10, 2015:    Dispositive Motions Filing Deadline
13     May 26, 2015:    Meet and Confer Deadline
14     June 30, 2015:    Final Pre-Trial Conference
15     July 13, 2015:    Jury Trial

16 Dated:  November 14, 2014    _____
17     Honorable Maxine M. Chesney

McCURDY FULLER RUETTGERS LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

54588

- 3 -

**Stipulated Motion To Continue Pre-Trial and ADR Dates**