IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT MICHAL,<br><br>　　　　Plaintiff,<br>　　v.<br>SAFECO INSURANCE COMPANY OF AMERICA, and DOES 1 through 10, inclusive,<br>　　　　Defendants.<br>_____ / | No. 3:14-cv-0637 MMC<br><br>**ORDER OF DISMISSAL** |

　　The Court having been advised that the parties have agreed to a settlement, the terms of which were placed on the record at the settlement conference held before Magistrate Judge Jacqueline Scott Corley on May 5, 2015 (see Doc. No. 51), IT IS HEREBY ORDERED that plaintiff's claims alleged against defendant herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within sixty (60) days, with proof of service of a copy thereof on the opposing party, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

　　**IT IS SO ORDERED.**

Dated: May 15, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge